USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK DITTO,

    Plaintiff,

-against-

CATHERINE DITTO,

    Defendant.

23-CV-5814 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received plaintiff's amended complaint (Dkt. 19), which plaintiff timely filed on December 1, 2023. However, plaintiff did not file any proof of service of the amended complaint upon the defendant. Plaintiff shall promptly serve the document on defendant (if he has not already done so), and shall file proof of such service on the docket no later than **December 8, 2023**. Defendant's time to respond to the amended complaint is hereby EXTENDED. She must answer, move, or otherwise respond to the amended complaint (or advise the Court that she wishes to stand on her November 1, 2023 motion to dismiss) within 15 days after the date on which she was served with the document.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se defendant at:

    Catherine Ditto
    446 Ferdinand Avenue
    Forest Park, Illinois 60130

Dated: New York, New York
       December 5, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**