FRANK DITTO
P.O. 234
New York, N.Y. 10276
(415) 990-1284
dz9studios@gmail.com
pro-se

IN THE UNITED STATES DISTRICT COURT,

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FRANK DITTO  (PLAINTIFF) | ) ) ) | **CASE NO#**  **1-23-CV-05814-JHR-BCM** |
| VS. | ) ) ) | **PROOF OF SERVICE** |
| CATHERINE DITTO  DOES 1-10 | ) ) ) ) | |
| _____ _ | ) | |

# PROOF OF SERVICE

I Julie Ditto declare and state that I am over the age of eighteen and have served the defendant through, U.S. Postal Mail by placing a copy of the: **_AMENDED_ COMPLAINT FOR: TORTIOUS INTERFERENCE, UNJUST INRICHMENT, VIOLATIONS RUFADAA, ECPA, SCA, CFAA, 4th AMENDMENT MENTAL & EMOTIONAL DISTRESS**

In the U.S. Mail with the proper affixed postage to: Catherine Ditto 446 Ferdinand Ave, Forest Park, IL 60130.

Date: December 6, 2023

/s//JULIE DITTO/

Julie Ditto