UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK DITTO,<br><br>                       Plaintiff,<br><br>              -v.-<br><br>CATHERINE DITTO,<br><br>                       Defendant. | 23 Civ. 05814 (JHR)<br><br>AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE |

JENNIFER H. REARDEN, District Judge:

      This action is referred to the assigned Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute:<br>_____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: _____ |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Habeas Corpus |
| | | ☐ | Social Security |
| ☐ | Settlement | ☒ | Dispositive Motion (i.e., motion requiring a Report and Recommendation).<br>Particular Motion: _____ |
| ☐ | Inquest After Default/Damages Hearing | | |

SO ORDERED.

Dated: February 20, 2024
       New York, New York

                                                          */s/ Jennifer H. Rearden*
                                                           JENNIFER H. REARDEN
                                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2024