**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
FRANK DITTO,

                Plaintiff,                23 **CIVIL** 5814 (JHR)(BCM)

      -against-                            **JUDGMENT**

CATHERINE DITTO et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 21, 2025, the Report and Recommendation is adopted in its entirety, and the Court dismisses this action for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2); accordingly, the case is closed.

**Dated:** New York, New York
         March 24, 2025

                                                              **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                             **BY:**
                                                               **Deputy Clerk**